UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN GUARDIAN HOLDING, LLC, a Washington limited liability company; CHUBB EUROPEAN GROUP SE; LLOYD'S SYNDICATE 1969 APL; MARKEL INSURANCE CO. LTD.; ARCH INSURANCE (UK) LIMITED; LLOYD'S SYNDICATE 2001 AML; LLOYD'S SYNDICATE 0457 MRS; ROYAL & SUN ALLIANCE INSURANCE LTD.; SWISS RE INTERNATIONAL SE - RAPPRESENTANZA PER L'LITALIA; LLOYD'S SYNDICATE 1183 TAL; LLOYD'S SYNDICATE 1084 CSL; HOUSTON CASUALTY CO.; AEGIS MANAGING AGENCY FOR AND BEHALF OF THE SUBSCRIBING MEMBERS OF SYNDICATE 1225.<br><br>                Plaintiffs,<br><br>   v.<br><br>NC POWER SYSTEMS CO; a Washington Corporation.<br><br>                Defendant. | NO. 2:23-cv-01979<br><br>COMPLAINT |

Comes now Ocean Guardian Holding, LLC. ("Ocean Guardian') and, Chubb European Group SE; Lloyd's Syndicate 1969 APL; Markel Insurance Co. Ltd., Arch Insurance (UK) Limited; Lloyd's Syndicate 2001 AML; Lloyd's Syndicate 0457 MRS; Royal

COMPLAINT - 1
NO. 2:23-cv-01979

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

& Sun Alliance Insurance Ltd; Swiss Re International Se – Rappresentanza Per L'Iitalia; Lloyd's Syndicate 1183 TAL; Lloyd's Syndicate 1084 CSL; Houston Casualty Co., Lloyd's Syndicate 1225 AES. (collectively "Underwriters), filing this complaint against NC Power Systems Co. ("NC Power") seeking payment for damages incurred as a result of NC Power failing to properly service the engines of the OCEAN GUARDIAN and alleges as follows.

I

JURISDICTION

1.1    This is an action within the admiralty and maritime jurisdiction of this Court pursuant to 28 U.S.C. §1333 because it relates to work performed under a vessel repair agreement which is a maritime contract and because it involves an explosion that occurred in the navigable waters of the United States.

II

VENUE

2.1    Defendant is a Washington corporation with its principal place of business in Tukwila, Washington in King County.  Venue is proper in the Western District of Washington at Seattle pursuant to 28 U.S.C. §1391(b)(2) and Local Rules W.D. Wash. CR 3(e)(1).

III

PARTIES

3.1    At all times relevant to this litigation, plaintiff Ocean Guardian Holdings, LLC ("Ocean Guardian") was and is a Washington limited liability company.  Ocean Guardian was and is the owner of the vessel OCEAN GUARDIAN, O.N. 9272060.

3.2    At all times relevant to this action, plaintiffs (collectively "Underwriters") were and are insurance cooperatives and/or companies engaged in the business of marine insurance within this district.

3.3    Underwriters provided marine hull insurance on the vessel OCEAN GUARDIAN under various marine insurance policies and were obligated to pay and did pay

COMPLAINT - 2
NO. 2:23-cv-01979

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400

to or on behalf of their insured, Ocean Guardian, certain costs and expenses arising out of the damage to the OCEAN GUARDIAN, as described more fully below. By payment of these sums, Underwriters are subrogated to the rights of Ocean Guardian.

3.4   Ocean Guardian sustained damages as a result of the damage to the OCEAN GUARDIAN as described more fully below.

3.5   Defendant NC Power was and is a Washington corporation, located in Tukwila, Washington. NC Power provides ship repair, ship maintenance, and related services to the general public.

IV

FACTS

4.1   The Ocean Guardian is an Offshore Supply Vessel.

4.2   In January and February, NC Power performed maintenance on all the engines of the OCEAN GUARDIAN. During the maintenance, NC Power removed and inspected the No. 6 main bearing on the No. 3 Main Engine. As part of its process, it requires the main bearing to be replaced.

4.3   Unfortunately, the NC Power failed to check the part number on the No, 6 Main Bearing and failed to note that the main bearing journals had been machined to a smaller diameter. As a result, when it replaced the main bearing on the No. 3 Main Engine it installed the incorrect bearing.

4.4   On May, 27, 2022, Ocean Guardian held a sea trial of the OCEAN GUARDIAN in Puget Sound.

4.5   During the sea trial, the No. 3 Main Engine failed in an explosion that caused a fire in the engine room. The cause of the explosion was that the oversized bearing prevented

4.6   As a result of the incident, the OCEAN GUARDIAN had to be towed back to the shipyard where repairs were made.

4.5   The damage caused by the explosion and the fire was significant. The No. 3 Engine was damaged beyond repair. The fire damaged the electrical system in the engine

COMPLAINT - 3
NO. 2:23-cv-01979

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400

room requiring replacement.  There was also significant heat and smoke damage to the engine room.

4.8  The costs associated with the incident were approximately $2,135,594.98. These costs less the deductible of $100,000 were paid by Underwriters.

V

FIRST CAUSE OF ACTION
BREACH OF CONTRACT

5.1  Under the contract between the Ocean Guardian and NC Power, NC Power promised to perform the maintenance in manner that was free from defects in workmanship.

5.2  NC Power failed to perform its maintenance in a manner that was free from defects in workmanship because it installed the incorrect main bearing into the No. 3 Engine.

5.3  On May 27, 2022, the defect in workmanship caused the catastrophic failure of the No. 3 Engine and the fire in the engine room of the OCEAN GUARDIAN.

5.4  Because of NC Power's breach of the contract, plaintiffs suffered damages. These damages are the costs associated with the damage to the OCEAN GUARDIAN totals $2,135,594.98.

5.5.  NC Power is liable to plaintiffs for their damages.

VI

SECOND CAUSE OF ACTION
NEGLIGENCE

6.1  NC Power had the duty to perform its work on the OCEAN GUARDIAN in a reasonable manner.

6.2  NC Power negligently installed the incorrect main bearing into the No. 3 Main Engine.

6.3  On May 27, 2022, NC Power's negligence caused the catastrophic failure of the No. 3 Engine and the fire in the engine room of the OCEAN GUARDIAN.

COMPLAINT - 4
NO. 2:23-cv-01979

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400

6.4  Because of NC Power's negligence, plaintiffs suffered damages. These damages are the costs associated with the damage to the OCEAN GUARDIAN totals $2,135,594.98.

6.5  Due to its negligence, NC Power is liable to plaintiffs for all moneys plaintiffs paid because of the incident to repair property other than property serviced or provided by NC Power.

VII

THIRD CAUSE OF ACTION
BREACH OF IMPLIED WARRANTY OF WORKMANLIKE PERFORMANCE

7.1  A warranty of workmanlike performance is implied into the contract between NC Power and Ocean Guardian.

7.2  NC Power failed to perform its duties under the contract in a workmanlike manner because it installed the incorrect main bearing into the No. 3 Engine.

7.3  On May 27, 2022, the breach of the implied warranty of workmanlike performance caused the catastrophic failure of the No. 3 Engine and the fire in the engine room of the OCEAN GUARDIAN.

7.4  Because of NC Power's breach of the implied warranty of workmanlike performance, plaintiffs suffered damages. These damages are the costs associated with the damage to the OCEAN GUARDIAN totals $2,135,594.98.

7.5.  NC Power is liable to plaintiffs for their damages.

PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray:

1.  That the court award plaintiffs judgment against defendant NC Power;

2.  That plaintiffs be awarded the full amount that they paid to repair the damage caused by the catastrophic failure of the No. 3 Engine, $2,135,594.98;

3.  That Underwriters be awarded pre-judgment interest and costs; and

4.  For such other and further relief as the court deems just and proper.

COMPLAINT - 5
NO. 2:23-cv-01979

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

DATED this Friday, December 22, 2023.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean
Donald K. McLean, WSBA No. 24158

/s/ Sarai Salgado
Sarai Salgado, WSBA No. 59989
Attorneys for Plaintiffs
Ocean Guardian Holding, LLC; Chubb European Group SE; Lloyd's Syndicate 1969 APL;  Markel Insurance Co. Ltd.; Arch Insurance (UK) Limited; Lloyd's Syndicate 2001 AML; Lloyd's Syndicate 0457 MRS; Royal & Sun Alliance Insurance Ltd.; Swiss Re International Se – Rappresentanza Per L'Iitalia; Lloyd's Syndicate 1183 TAL; Lloyd's Syndicate 1084 CSL; Houston Casualty Co.; Aegis Managing Agency for and Behalf of the Subscribing Members of Syndicate 1225.
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
E-mail: dkmclean@bmjlaw.com
           ssalgado@bmjlaw.com

COMPLAINT - 6
NO. 2:23-cv-01979

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400