THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OCEAN GUARDIAN HOLDING LLC
et. al.,

                    Plaintiffs,

          v.

NC POWER SYSTEMS CO.,

                    Defendant.

NO. 2:23-cv-01979-BJR

**ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL AND PRETRIAL DATES**

ATTORNEYS AT LAW
BAUER  MOYNIHAN  & JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400

Before the Court is the parties' Stipulated Motion requesting to modify the Court's current April 15, 2024 Scheduling and Planning Order. This Court, having reviewed the parties' Stipulated Motion, hereby approves the stipulation and amends the current Scheduling and Planning Order as follows:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| BENCH TRIAL DATE | June 23, 2025 | January 5, 2026 |
| Deadline for joining additional parties | April 26, 2024 | April 26, 2024 |
| Deadline for amended pleadings | May 23, 2024 | May 23, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 24, 2024 | September 24, 2024 |
| Discovery completed by | December 23, 2024 | July 7, 2025 |
| All dispositive motions and motions must be filed by | January 24, 2025 | August 8, 2025 |
| All motions *in limine* must be filed by | May 14, 2025 | November 26, 2025 |
| Pretrial conference to be held on | June 10, 2025 | December 23, 2025 |

It is so ordered.

DATED this 20th day of November, 2024

*Barbara J. Rothstein*

THE HONORABLE BARBARA J. ROTHSTEIN

ORDER GRANTING STIPULATED MOTION TO
EXTEND TRIAL AND PRETRIAL DATES - 2
CASE NO. 2:23-cv-01979-BJR

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald McLean
Donald McLean, WSBA No. 24158
/s/ Sarai Salgado
Sarai Salgado, WSBA No. 59989
Attorneys for plaintiffs
2101 Fourth Avenue, Suite 2400
Seattle, Washington  98121
Telephone:  (206) 443-3400
Fax:  (206) 448-9076
Email: dkmclean@bmjlaw.com
       ssalgado@bmjlaw.com

LEGROS BUCHANAN & PAUL

/s/ Nathan J. Beard
Nathan J. Beard, WSBA No. 45632
/s/ James R. Dunlap
James R. Dunlap, WSBA No. 50020
Attorneys for defendant
4025 Delridge Way SW, Suite 500
Seattle, Washington  98106
Telephone:     (206) 623-4990
Fax:              (206) 467-4828
Email:           nbeard@legros.com
         jdunlap@legros.com

ORDER GRANTING STIPULATED MOTION TO
EXTEND TRIAL AND PRETRIAL DATES - 3
CASE NO. 2:23-cv-01979-BJR

ATTORNEYS AT LAW
BAUER  MOYNIHAN  & JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206)  443-3400