THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN GUARDIAN HOLDING, LLC; a Washington limited liability company, CHUBB EUROPEAN GROUP SE; LLOYD'S SYNDICATE 1969 APL; MARKEL INSURANCE CO. LTD.; ARCH INSURANCE (UK) LIMITED; LLOYD'S SYNDICATE 2001 AML; LLOYD'S SYNDICATE 0457 MRS; ROYAL & SUN ALLIANCE INSURANCE LTD.; SWISS RE INTERNATIONAL SE - RAPPRESENTANZA PER L'ITALIA; LLOYD'S SYNDICATE 1183 TAL; LLOYD'S SYNDICATE 1084 CSL; HOUSTON CASUALTY CO., AEGIS MANAGING AGENCY FOR AND BEHALF OF THE SUBSCRIBING MEMBERS OF SYNDICATE 1225.<br><br>                Plaintiffs,<br>  v.<br><br>NC POWER SYSTEMS CO; a Washington Corporation.<br><br>                Defendant. | Case No.: 2:23-cv-01979-BJR<br><br>**ORDER GRANTING DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## I.   ORDER

THIS MATTER having come before this Court by way of stipulation by the Plaintiffs and Defendant to dismiss all claims against all parties and without costs and attorney's fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

ORDER GRANTING DISMISSAL WITH
PREJUDICE - 1
Case No.: 2:23-cv-01979-BJR

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

1 | All claims made against all parties to this matter are hereby dismissed with prejudice and without costs and fees as to any party.

Dated this 10th day of April 2025.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean
Donald K. McLean WSBA No. 24158
/s/ Sarai Salgado
Sarai Salgado, WSBA No. 59989
Attorneys for Plaintiffs

LE GROS BUCHANAN & PAUL

/s/ Nathan J. Beard
Shane C. Carew, WSBA No. 45632
/s/ James R. Dunlap
James R. Dunlap, WSBA No. 50020
Attorneys for Defendant

ORDER GRANTING DISMISSAL WITH
PREJUDICE - 2
Case No.: 2:23-cv-01979-BJR

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400